UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2005 JUN 21 AM 8 26
BY _____ CLERK
DEPUTY CLERK

| | |
|---|---|
| KEVIN L. LANDIS, ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Docket No. 2:05-CV-32 |
| ) | |
| BOWL NEW ENGLAND, INC., ) | |
| and SCOTT A. BROOKS, ) | |
| Defendants ) | |

## STIPULATION AND ORDER OF DISMISSAL

Plaintiff, Kevin L. Landis, *pro se*, and Bowl New England, Inc. and Scott A. Brooks, by and through their attorneys, Gravel and Shea, hereby stipulate that the above-captioned matter may be dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(ii), with prejudice. Each party to be responsible for its own costs and fees.

Dated:   Baltimore, Ohio
         June 1, 2005

*[signature]*
Kevin L. Landis, *pro se*
89 Twin Oaks Terrace
South Burlington, VT  05403

Dated:		Burlington, Vermont
		June X, 2005
		17

*Heather Rider Hammond*
Heather Rider Hammond, Esq.
Gravel and Shea
76 St. Paul Street, 7th Floor
P. O. Box 369
Burlington, VT  05402-0369
(802) 658-0220
For Defendants

SO ORDERED:

6/20/05
Date

*[signature]*
United States District Court Judge

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

| | |
|---|---|
| KEVIN L. LANDIS,<br>        Plaintiff<br><br>v.<br><br>BOWL NEW ENGLAND, INC.,<br>and SCOTT A. BROOKS,<br>        Defendants | )<br>)<br>)<br>)  Docket No. 2:05-CV-32<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Heather Rider Hammond, Esq., attorney for Defendants, certify that on June 17, 2005, I served the Stipulation and Order of Dismissal on Kevin L. Landis, by causing a copy to be mailed, postage prepaid to him at 201½ North Liberty Street, Apt. B, Baltimore, OH 43105.

Dated:    Burlington, Vermont
              June 17, 2005

*/s/ Heather Rider Hammond*
Heather Rider Hammond, Esq.
Gravel and Shea
76 St. Paul Street, 7th Floor
P. O. Box 369
Burlington, VT 05402-0369
(802) 658-0220
For Defendants